

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR 23 2008
Apr 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bridget-Mechetner - Cesario

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV2315**
**JUDGE COAR**
**MAG. JUDGE SCHENKIER**

vs.

Judge Victoria Rossetti
Micheal Waller or
any one sitting in
his office.

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Bridgt Mechetner

B. List all aliases: Cesario

C. Prisoner identification number: L74507

D. Place of present confinement: Lake County Jail

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Judge Victoria Rossetti

Title: Judge

Place of Employment: Lake County Court House

B. Defendant: Michael Waller

Title: Lake County States Attorney

Place of Employment: Lake County Court House

C. Defendant: Any on sitting in the states Attorney office

Title: _____

Place of Employment: Lake County Court House

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 98C 1320

B. Approximate date of filing lawsuit: March 11 1998

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Bridget Cesario ~ ~~[redacted]~~

D. List all defendants: ~~[redacted]~~ Larry Leza, Sergeant O'Conner, Officer Ahmed, Corp Jenkins, Sgt. Montez, Lt Ward, Off. Merchant, Corp Shallop, Sgt. Digman and John Does

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court North Dist.

F. Name of judge to whom case was assigned: Ruben Castillo

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settle out of Court

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**Additional Lawsuit!**

08-CV-0021

Jan. 8-2008

Bridget Cesario-Mechelney

Judge Rossetti
Micheal Waller
or any states Attorney in his office

United States District Court - North Dist.

Ruben Castillo

Still pending - settlement confrence scheduled.

Another petion Habeas Corpus - Do not know case # from 1998.

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Judge Rossetti was Involved in 1998 of obsesive lockdown over me and of un Constitutional Issue in a criminal case. She can not have any fair hearing or ruling ever against me. Micheal Waller Instructed his States Attorney to with hold visits from my kids in 1998 Now he is Decieding my fate in a case he Can not be fair against me. She is Bias against me. Judge Rossetti has Ruled over me everytime and everytime unfairly Ruled. A Habues was filed against her. She has Denied valid Request that can help me. Her Ruling is

Alwood prison. In 1995 I filed a complaint with the ARDC against Judge Rossetti. I was suppose to be the witness in a state case, things Did not work out and state told Judge to Nail me. She Has out of court Discussion about me. Not in front of Court Reporter. In 1995 Judge Rossetti told Attorney Charles Wilson that she wanted to give me life that she Hated me and that Because I had filed a complant with the ARDC she was Holding a grudge. This is the prejudice + Bias shown by Judge Rossetti. Judge Rossetti was friends with the victim of my case in 1995 and still proceeded. Promising that victim Harshness. Gladys Colon was present at the Restraunt when the victim + Judge where meeting. She then came to the Jail and told me.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That the Judge + Lake County States attorneys office Recuse them selves from my case.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __Jan__, 20 __08__

_Bridget Mechelvis Cesario_
(Signature of plaintiff or plaintiffs)

_Bridget Mechetner (Cesario)_
(Print name)

_L74507_
(I.D. Number)

P.O. Box 38
Waukegan, IL
60079
(Address)