**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** BRIDGET MECHETNER-CESARIO | **Defendant(s):** VICTORIA ROSSETTI, etc., et al. |
| **County of Residence:** LAKE | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |

Bridget Mechetner-Cesario
L-74507
Lake - LCJ
P.O. Box 38
Waukegan, IL 60086

FILED
APR 23 2008
APR 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

08CV2315
JUDGE COAR
MAG. JUDGE SCHENKIER

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham    **Date:** 04/23/2008