Can I please have a Informa papers petion for this lawsuit.

**08CV2315
JUDGE COAR
MAG. JUDGE SCHENKIER**

**FILED**
APR 23 2008
Apr 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thank you!,

Bridget Cesuro

Please let me know if you recieve this. Jail is Holding Mail