FILED
JUL 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C2315

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-4-08

_____
Signature of Applicant

Bridget Meshetnes-Cesario
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Bridget Cesario, I.D.# L74507, has the sum of $ .03 on account to his/her credit at (name of institution) Lake Co. Sheriff's Jail.

I further certify that the applicant has the following securities to his/her credit: n/a. I further certify that during the past six months the applicant's average monthly deposit was $ 48.67.

(Add all deposits from all sources and then divide by number of months).

7/08/08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Cathy Karlstrand
(Print name)

rev. 10/10/2007

-3-

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2315 | DATE | June 24, 2008 |
| CASE TITLE | Bridget Mechetner-Cesario (L-74507) vs. Rossetti, et al. | | |

**DOCKET ENTRY TEXT**

The Court denies Plaintiff's motion for leave to file *in forma pauperis* [7] without prejudice to reconsider should she renew this motion in compliance with this order. Plaintiff is given 30 days from the date of this order to file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or to pay the full $350 filing fee. If Plaintiff takes no action by that date, the Court will dismiss this action without prejudice. The Clerk is directed to send Plaintiff an *in forma pauperis* application along with a copy of this order and to send a copy of this order to the Trust Fund Officer at Lake County Jail. The Trust Fund Officer is directed to assist Plaintiff in complying with this order, including the certification of the Plaintiff's trust fund account information required on the enclosed *in forma pauperis* application.

■ [ For further details see text below.]

Docketing to mail notices.

## STATEMENT

On May 19, 2008, the Court denied Plaintiff's motion for leave to file *in forma pauperis* without prejudice to reconsider because Plaintiff failed to provide information regarding Plaintiff's trust fund account. The Court also ordered the Trust Fund Officer to assist Plaintiff in completing the *in forma pauperis* application (Plaintiff indicated on her initial application that the correctional facility would not complete the trust fund account information without a court order).

Plaintiff has resubmitted an application to proceed *in forma pauperis* and, again, has not included any information regarding her trust fund account. Again, Plaintiff states that the correctional facility will not provide the information without a court order. If Plaintiff wants to proceed on this complaint, Plaintiff must file a new motion for leave to file *in forma pauperis* on the Court's form and have an authorized official provide information regarding Plaintiff's trust fund account, including a copy of her trust fund account. The Trust Fund Officer at Lake County Jail is directed to assist Plaintiff in complying with this order. Failure to complete the required form fully or otherwise comply with this order are grounds for dismissal of the suit. *See Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980).

Accordingly, the Court denies Plaintiff's motion for leave to file *in forma pauperis* without prejudice to reconsider should she renew this motion in compliance with this order within 30 days of the date of this order. If Plaintiff takes no action by that date, the Court will dismiss this action with prejudice.

# Cash History Report
## 101 - Inmate Account
### L74507: CESARIO, BRIDGET ANNE; Balance=$0.03

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Deposit | $0.00 | 8/30/2007 11:56:57PM | NO CASH | $ 0.00 |
| Withdrawal | $10.00 | 9/28/2007 1:45:46PM | Doctor Visit from DOCTOR VISIT | ($10.00) |
| Withdrawal | $10.00 | 12/28/2007 9:14:59AM | Doctor Visit from DOCTOR VISIT | ($20.00) |
| Deposit | $20.00 | 12/28/2007 8:19:05PM | 02 MO 2342 | $ 0.00 |
| Deposit | $98.50 | 1/11/2008 7:38:18PM | 02 MO 6193 | $ 98.50 |
| Withdrawal | $35.64 | 1/14/2008 7:50:14AM | Commissary Sale | $ 62.86 |
| Withdrawal | $25.50 | 1/17/2008 7:40:16AM | Commissary Sale | $ 37.36 |
| Withdrawal | $19.97 | 1/21/2008 7:39:52AM | Commissary Sale | $ 17.39 |
| Withdrawal | $16.42 | 1/24/2008 7:22:12AM | Commissary Sale | $ 0.97 |
| Deposit | $15.00 | 2/7/2008 8:52:33PM | 02MO1062 | $ 15.97 |
| Deposit | $15.00 | 2/7/2008 9:01:50PM | 02MO1062. | $ 30.97 |
| Withdrawal | $15.00 | 2/7/2008 9:04:07PM | MO DOUBLE ENTRY | $ 15.97 |
| Withdrawal | $15.29 | 2/11/2008 7:35:42AM | Commissary Sale | $ 0.68 |
| Withdrawal | ($1.99) | 2/11/2008 2:38:58PM | Commissary Return | $ 2.67 |
| Withdrawal | $2.67 | 3/2/2008 11:39:38AM | Commissary Sale | $ 0.00 |
| Deposit | $138.50 | 3/6/2008 8:32:54PM | 02 MO6235 | $ 138.50 |
| Withdrawal | $7.31 | 3/9/2008 10:49:27AM | Commissary Sale | $ 131.19 |
| Withdrawal | $49.06 | 3/9/2008 10:55:41AM | Commissary Sale | $ 82.13 |
| Withdrawal | $23.10 | 3/12/2008 7:33:58PM | Commissary Sale | $ 59.03 |
| Withdrawal | $21.36 | 3/16/2008 4:35:14PM | Commissary Sale | $ 37.67 |
| Withdrawal | $15.86 | 3/19/2008 4:44:26PM | Commissary Sale | $ 21.81 |
| Withdrawal | $17.11 | 3/24/2008 7:51:54AM | Commissary Sale | $ 4.70 |
| Withdrawal | $1.89 | 3/31/2008 7:47:07AM | Commissary Sale | $ 2.81 |
| Withdrawal | $2.67 | 4/3/2008 7:58:59AM | Commissary Sale | $ 0.14 |
| Deposit | $20.00 | 5/5/2008 8:36:21PM | 02 MO7264 | $ 20.14 |
| Withdrawal | $14.94 | 5/6/2008 7:16:53AM | Commissary Sale | $ 5.20 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Withdrawal | $5.15 | 5/8/2008 | 7:58:25AM | Commissary Sale | $ 0.05 |
| Withdrawal | $0.02 | 5/12/2008 | 7:55:30AM | Commissary Sale | $ 0.03 |
| Withdrawal | $10.00 | 6/11/2008 | 9:55:33AM | Doctor Visit from DOCTOR VISIT | ($9.97) |
| Deposit | $20.00 | 6/14/2008 | 6:58:52PM | 02 MO0076 | $ 10.03 |
| Withdrawal | $9.59 | 6/16/2008 | 8:02:53AM | Commissary Sale | $ 0.44 |
| Withdrawal | $0.34 | 6/19/2008 | 7:30:56AM | Commissary Sale | $ 0.10 |
| Withdrawal | $0.07 | 6/26/2008 | 7:56:23AM | Commissary Sale | $ 0.03 |