# United States District Court

## Northern District of Illinois
Eastern Division

| | |
|---|---|
| Bridget Mechtner-Cesario | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2315 |
| Judge Victoria Rossetti, et al | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's application to proceed *in forma pauperis* [9] is granted. The Court orders the trust fund officer at Plaintiff's current place of incarceration to deduct $9.73 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at the Lake County Jail. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(6) for failure to state an actionable federal claim. The case is terminated. This dismissal counts as one of Plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

 

Michael W. Dobbins, Clerk of Court

Date: 7/25/2008      _____
     /s/ Patricia McQurter-Figgs, Deputy Clerk